Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
7827 Westminster Boulevard
Westminster, CA 92683
(714) 901-1222
(714) 901-1220 (F)
simaaghai@msn.com

JS-6

Attorney for Plaintiff TIM LEE WOODARD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TIM LEE WOODARD, | ) CASE NO. 5:18-CV-0446 DSF-PLA |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER DISMISSING |
| | ) ACTION WITH PREJUDICE |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the stipulation of the parties, this action is dismissed with prejudice, each side to bear their own costs and attorneys' fees.

RECOMMENDED BY:

DATED: September 24, 2018

*/s/ Paul L. Abrams*

HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED:
      9/25/18
DATED: _____

*/s/ Dale S. Fischer*

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE